UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED ... D.C.
05 AUG -2 PM 12:13

CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITES STATES OF AMERICA,

    Plaintiff,

    v.                                  Cr. No. 04-20146-B

TAWFIK MOHAMED AL-FAQOUS,

    Defendant.

---

## ORDER GRANTING DEFENDANT'S
## MOTION TO RESET SENTENCING HEARING

---

For good cause shown, and without objection by the government, the Court hereby **GRANTS** defendant's motion to reset the sentencing hearing currently set for Monday, August 1, 2005 at 9:00 a.m. The sentencing hearing is hereby **RESET** to _Thursday, August 18, 2005 @ 3:00 pm_.

It is so **ORDERED**, this the _31st_ day of July, 2005.

_/s/ J. Daniel Breen_
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _8-3-05_

(47)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:04-CR-20146 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT