IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 OCT -3 AM 10: 31

THOMAS M. GOULD
CLERK, U.S DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Cr. No. <u>04-20146-B</u> |
| TAWFIK MOHAMED AL-FAQOUS, | ) |
| Defendant. | ) |

## ORDER

Upon motion of the United States of America by and through counsel, Terrell L. Harris, United States Attorney for the Western District of Tennessee, count 2 of the indictment is hereby dismissed.

IT IS SO ORDERED this ___ day of ~~September~~ October, 2005.

_____
J. DANIEL BREEN
United States District Judge

Approved:

_____
Stephen C. Parker, AUSA

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-4-05

52

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CR-20146 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT